516 A.2d 1185

COMMONWEALTH of Pennsylvania, Petitioner,

v.

**Richard W. STOCKARD.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 87 W.D. Appeal Docket 1986.

516 A.2d 1185

**COMMONWEALTH of Pennsylvania**

v.

**Joseph Edward BLANDA, Jr.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 85 W.D. Appeal Docket 1986.